UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :     ORDER

    -v.-                              :     07 Cr. 1039 (LAK)

ROBERT RODRIGUEZ,                     :
    a/k/a "Robert Guzman," and
IRVING SANTIAGO,                      :
    a/k/a "Eric Santiago,"
    a/k/a "Jenkins Santiago,"         :

             Defendants.        :

- - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

     WHEREAS, with the defendant Robert Rodriguez's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 18, 2008;

     WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant Robert Rodriguez entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

     IT IS HEREBY ORDERED that the defendant Robert Rodriguez's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        July 1, 2008

                                                LEWIS A. KAPLAN
                                                UNITED STATES DISTRICT JUDGE